IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEXTER ARTIS**                                                                                    PLAINTIFF

v.                            No. 3:16-cv-114-DPM

DAVID GLADDEN, Chief, Osceola Police Department;
OLLIE COLLINS, Chief Investigator, Osceola Police
Department; FOSTER, Captain, Osceola Police
Department; DONALD BENNETT, Judge; and
CLAYTON, Detective, Osceola Police Department          DEFENDANTS

## ORDER

1. Artis recently notified the Court that he's been released from custody. № 3. If he wants to proceed with this lawsuit, then by 18 June 2016 he must submit an *in forma pauperis* application that reflects his free-world financial status. If he fails to do so, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to send Artis a free-world *in forma pauperis* application with a copy of this Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

  19 May 2016