# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DEXTER ARTIS                                                      PLAINTIFF

v.                              No. 3:16-cv-114-DPM

DAVID GLADDEN, Chief, Osceola Police Department;
OLLIE COLLINS, Chief Investigator, Osceola Police
Department; FOSTER, Captain, Osceola Police
Department; DONALD BENNETT, Judge; and
CLAYTON, Detective, Osceola Police Department          DEFENDANTS

## ORDER

   1. Motion to proceed *in forma pauperis*, № 5, granted. Artis can't afford
the filing fee because he has no income or assets. 28 U.S.C. § 1915(a)(1).

   2. The Court must screen Artis's complaint. 28 U.S.C. § 1915(e)(2). Artis
has sued five Defendants; but the body of his complaint doesn't give details
about what any particular Defendant did. Artis must therefore file an
amended complaint explaining how and when each Defendant allegedly
violated his rights. If Artis doesn't do so by 27 June 2016, then his case will
be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 June 2016